UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Meibis Hernandez

Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

Nassau County Correctional Center

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

24-cv-04673
Komitee, Eric R.
Dunst, Lee G.

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES______ NO ______

FILED
CLERK
6/20/2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**I.** **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

**A. Name of plaintiff** Meibis Hernandez

If you are incarcerated, provide the name of the facility and address:

Nassau County Correctional Facility

Prisoner ID Number: 2023002826~~8687~~

If you are not incarcerated, provide your current address:

______________________________________________

______________________________________________

______________________________________________

Telephone Number: ______________________________

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

______________________________
Full Name

______________________________
Job Title

______________________________

______________________________
Address

Defendant No. 2

______________________________
Full Name

______________________________
Job Title

______________________________

______________________________
Address

Defendant No. 3

______________________________
Full Name

______________________________
Job Title

______________________________

Address

Defendant No. 4

Full Name

Job Title

Address

Defendant No. 5

Full Name

Job Title

Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? In the hallway of Dorm E1F

When did the events happen? (include approximate time and date) Around Nov 30th or 31st in the afternoon or mid afternoon

Facts: (what happened?) I was in my cell when I was called for mental health, which is in a room in the hallway. I had my evaluation and I come out or walkout, I turn to my right to go in the dorm (E1f) when I see the Correctional officers hudled up or in a circle talking amongst themseifs, when I knock on the glass once Just once not banged on it not twice of a knock just once. when a Correctional officer that his post is in that dorm comes out and ask what the fuck are you doing? he states or asic who do you think you are. I replied an inmate when he starts walking towards me. He says again what now tough guy you think your tough and a Correctional officer with colored tattoos who was posted at the door entrance for mental health grabs me drops me to the floor and starts to choke me. while on the floor I start to get hit in the head or punched in the head when on says mace him. The correctional officer who was choking me from the back says stop resisting when I wasn't kept choking and starts macing me in my eyes and nose when I started to either faint or pass out I woke up 10 seconds later or five still getting choked I was yelling they said don't yell and was brought to medical.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

When I was brought to Medical the Correctional officer who escorted me answered for me a doctor approach looks like some bruises on the back leg ok stated the officer again put some water on your face said doctor wasn't even allowed to check me, again officer answered for me he can wait while I couldn't breath from all the macing done and was brought back to my cell after some water to my face.

I had or got bruises on my back still in pain my eye the white area got red and I have some heart pain if from that the heart pain I don't know.

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

A law Suit if acceptable. This is my first time going through this so I wouldn't know. Im being wrongly accused of charges. After the excessive force or beat down, I did not recieve a disciplinary hearing. Ive just been locked in my cell allowed out once a day.

I declare under penalty of perjury that on 12/27/2023 (date), I delivered this complaint to prison authorities at Nassau County Correctional Center (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/28/2023

[signature]
Signature of Plaintiff

Nassau County Correctional Center
Name of Prison Facility or Address if not incarcerated

100 Carman AvE
EAst Meadow, NY 11554

Address

2023002826
Prisoner ID#

rev. 12/1/2015