**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MELBIS HERNANDEZ,

Plaintiff,

-against-

OFFICER ZAPATA,

Defendant.
-----------------------------------------------------------X

**ORDER**
24-CV-4673(SJB)(LGD)

**LEE G. DUNST**, Magistrate Judge:

Plaintiff Melbis Hernandez is ORDERED to attend the telephonic Settlement Conference scheduled for September 25, 2026 at 11:00 AM before the undersigned. Elmira Correctional Facility is ORDERED to ensure Plaintiff's attendance at the Settlement Conference. To join the Settlement Conference, Plaintiff must use the following information: dial 669-254-5252, enter Meeting ID: 165 832 6289, and enter Passcode: 555707.

**SO ORDERED**:

Dated: Central Islip, New York
September 23, 2026

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge