U.S District Court
Eastern District of New York (Central Islip)
Civil Docket for Case #: 24-CV-04673

Hernandez v C.O Zapata
Assigned to: Judge Sanket J. Bulsara
referred to: Magistrate Judge Lee G. Dunst
* related Case: 2:26-CV-00479
Cause: 42:1983 Prisoner Civil Rights

Informing the Courts that inmate has moved to Upstate Correctional facility P.O Box 2001 Malone, New York 12953, this is also in refrence to case # 26-CV-00479.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 20 2026 ★
LONG ISLAND OFFICE

RECEIVED
NOV 20 2026
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
NOV 20 '26 AM11:54

UPSTATE CORRECTIONAL FACILITY
P.O. BOX 2001
MALONE, NEW YORK 12953
Location 12 A1-19-Top bunk
NAME: Meibis Hernandez DIN: 26B2971

ALBANY NY 120
18 NOV 2026AM 2 L
Upstate
Correctional Facility

quadient
FIRST-CLASS MAIL
IMI
$000.78 0
11/17/2026 ZIP 12953
043M31279744
US POSTAGE

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 20 2026 ★
LONG ISLAND OFFICE

Judge Lee G. Dunst
U.S District Court
100 Federal Plaza
Central Islip, NY 11775

USMS

11722-443800